FILED

10/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0429

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| R. ALLAN PAYNE,<br><br>Appellant/Petitioner,<br><br>vs.<br><br>FERRY LANE MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Appellee/Respondent. | Case No.: DA 24-0429<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS APPEAL** |

The parties having filed a *Joint Motion to Dismiss Appeal* pursuant to Rule 16(5), Montana Rules of Appellate Procedure, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED. This appeal is dismissed with prejudice and each party shall bear their own attorney's fees and costs.

**ELECTRONICALLY DATED AND SIGNED BELOW**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 1 2024